**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHANSLER DEPAUL MALLARD | § | |
| VS. | § | CIVIL ACTION NO. 9:20-CV-52 |
| JEREMY PARR, ET AL. | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Chansler Depaul Mallard, a prisoner currently confined at the Hodge Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Jeremy Parr, Dakota Ard, Emmanuel Brown, and Steven Pierce.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends granting defendants' motion for summary judgment and dismissing the action.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**NOT FOR PRINTED PUBLICATION**

<u>ORDER</u>

The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (docket entry #39) is **ACCEPTED**. Plaintiff's motion to dismiss (docket entry #31) is **GRANTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**So Ordered and Signed**
**Jun 28, 2021**

_____
Ron Clark
Senior Judge